IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK T. BRZOZOWSKI,** :  | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | |
| **PENNSYLVANIA TURNPIKE** : | |
| **COMMISSION, et al.,** : | **NO. 15-2339** |
| : | |
| **Defendants.** | |

## ORDER

**AND NOW**, this 25th day of February, 2016, upon consideration of Patrick Caro, Jill Davis, Pasquale T. Deon, Sr., Lynn Feeman, William K. Lieberman, Sean Logan, Barry J. Schoch, Patricia Schlegel, Judy Treaster, A. Michael Pratt, David Smith, Dorothy Ross, the Pennsylvania Turnpike Commissioners, and the Pennsylvania Turnpike Commission's motion to dismiss ("Turnpike Defendants") (Doc. No. 7), the plaintiff's response (Doc. No. 14), Trooper Shawn Kernaghan's motion to dismiss (Doc. No. 9), the plaintiff's response (Doc. No. 13), Troop T of the Pennsylvania State Police's motion to dismiss (Doc. No. 22), Thomas Corbett's motion to dismiss (Doc. No. 23) and the plaintiff's response (Doc. No. 31), **IT IS HEREBY ORDERED** that:

1. The Turnpike Defendants' motion to dismiss (Doc. No. 7) is **GRANTED**.

2. The plaintiff's complaint is **DISMISSED with prejudice** as to Patrick Caro, Jill Davis, Pasquale T. Deon, Sr., Lynn Feeman, William K. Lieberman, Sean Logan, Barry J. Schoch, Patricia Schlegel, Judy Treaster, A. Michael Pratt, David Smith, Dorothy Ross and the Pennsylvania Turnpike Commissioners.

3. The plaintiff's complaint is **DISMISSED without prejudice** as to the Pennsylvania Turnpike Commission. The plaintiff may file an amended complaint against the Pennsylvania Turnpike Commission within thirty (30) days of the date of this Order.

4. Trooper Shawn Kernaghan's motion to dismiss (Doc. No. 9) is **GRANTED**. The plaintiff's complaint is **DISMISSED with prejudice** as to Trooper Shawn Kernaghan.

5. Troop T of the Pennsylvania State Police's motion to dismiss (Doc. No. 22) is **GRANTED**. The plaintiff's complaint is **DISMISSED with prejudice** as to Troop T of the Pennsylvania State Police.

6. Thomas Corbett's motion to dismiss (Doc. No. 23) is **GRANTED**. The plaintiff's complaint is **DISMISSED with prejudice** as to Thomas Corbett.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.