# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FRANK T. BRZOZOWSKI | : | CIVIL ACTION |
|---|---|---|
| v. | : | NO. 5: 15-2339 |
| PENNSYLVANIA TURNPIKE COMMISSION | : | |

## ORDER

**AND NOW**, this 20th day of March 2019, upon considering the Commonwealth Defendants' Motion to dismiss (ECF Doc. No. 75) Plaintiff's Second Amended Complaint (ECF Doc. No. 68), Plaintiff's Response (ECF Doc. No. 77), and for reasons in the accompanying Memorandum, it is **ORDERED** the Commonwealth Defendants' Motion to dismiss (ECF Doc. No. 75) is **GRANTED** and we dismiss claims against Thomas W. Corbett, the Pennsylvania State Police, and Cpl. Shawn Kernaghan **without prejudice**.

KEARNEY, J.