IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK T. BRZOZOWSKI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 15-2339** |
| | : | |
| **PENNSYLVANIA TURNPIKE** | : | |
| **COMMISSION** | : | |

## ORDER

**AND NOW,** this 6th day of September 2019, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 103), Plaintiff's Response (ECF Doc. No. 104), Defendant's Reply (ECF Doc. No. 106), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 103) is **GRANTED** as there is no genuine issue of material fact and Defendant is entitled to judgment as a matter of law on Plaintiff's age and gender discrimination claims. The Clerk of Court shall **close** this case.

KEARNEY, J.